JANET TROST, ESQ.
Nevada Bar No. 004072
501 S. Rancho Drive, Suite H-56
Las Vegas, Nevada 89106
Phone: 702-257-2889
Attorney for Plaintiff JRS USA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JRS USA, INC.<br><br>                    Plaintiff<br><br>vs.<br><br>RJW TRANSPORT, INC.; DOES I THROUGH V, and ROE entities I through V, inclusive<br><br>                    Defendants. | Case No: 2:15-cv-00707-APG-CWH |

**STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW the parties Plaintiff JRS USA, INC., by and through its counsel of record Janet Trost, Esq., and Defendant RJW TRANSPORT, INC., by and through its counsel of record Michael C. Mills, Esq. of the law firm of Mills & Associates and hereby agree and stipulate that:

WHEREAS, Defendant RJW TRANSPORT, INC.'s Motion To Dismiss Plaintiff's Complaint was served on Plaintiff JRS USA, INC. on June 5, 2015 and that a Response to the Motion is due on June 22, 2015;

THEREFORE, IT IS HEREBY STIPULATED that Plaintiff JRS USA, INC. may have until June 30, 2015 to prepare and file a Response to Defendant RJW TRANSPORT, INC.'s Motion To Dismiss Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: June 22, 2015.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 22, 2015

JANET TROST LAW FIRM

*(signature)*

JANET TROST, ESQ.
Nevada Bar No. 004072
501 S. Rancho Drive, Suite H-56
Las Vegas, Nevada 89106
Attorney for Plaintiff
JRS USA, INC.

Dated: June 22, 2015

MILLS & ASSOCIATES

*(signature)*

MICHAEL C. MILLS, ESQ.
Nevada Bar No: 003534
3650 N. Rancho Drive, #114
Las Vegas, Nevada 89130
Attorney for Defendant
RJW TRANSPORT, INC.

ORDER

**IT IS SO ORDERED** this _____ day of _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

-2-