MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Telephone No.: (702) 240-6060
Fax No.: (702) 240-4267
Attorney for Defendant,
RJW Transport, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JRS USA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RJW TRANSPORT, INC., DOES I THROUGH V; AND ROE entities I through V, inclusive<br><br>Defendants. | CASE NO. 2:15-cv-00707-APG-CWH<br><br>**ORDER** |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that all issues in the above-entitled action have been resolved and should be dismissed, with prejudice, each party to bear its own attorneys' fees and Court costs.

Dated: July /4 2015.

JANET TROST LAW FIRM

_____
JANET TROST, ESQ.
Nevada Bar No. 04072
501 S. Rancho Drive, H-56
Las Vegas, Nevada 89106
Attorney for Plaintiff,
JRS USA, Inc.

Dated: July 17 2015.

MILLS & ASSOCIATES

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, #114
Las Vegas, Nevada 89130
Attorney for Defendant,
RJW Transport, Inc.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
UNITED STATES DISTRICT JUDGE